UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIRK ENNIS,<br><br>            Plaintiff(s),<br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>            Defendant(s). | CASE NO. 2:11-cv-01989-AB |

## STIPULATION EXTENDING TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to this action that Defendant NCO Financial Systems, Inc.'s time to answer the Complaint in this action is hereby extended through and including June 6, 2011.

Agreed to on May 31, 2011 by:

| | |
|---|---|
| /s/ Craig T. Kimmel | /s/ Ross S. Enders |
| Craig Thor Kimmel, Esq. (57100) | Ross S. Enders, Esq. (89840) |
| KIMMEL & SILVERMAN, P.C. | SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC |
| 30 E. Butler Place | 200 Route 31 North, Suite 203 |
| Ambler, PA 19002 | Flemington, NJ 08822 |
| Telephone No.: (215)540-8888 | Telephone No.: (908) 751-5940 |
| Facsimile No.: (877) 788-2864 | Facsimile No.: (908) 751-5944 |
| kimmel@creditlaw.com | renders@sessions-law.biz |
| Attorneys for Plaintiff Kirk Ennis | Attorneys for Defendant<br>NCO Financial Systems, Inc. |

So Ordered,

_____
Honorable Anita B. Brody

## CERTIFICATE OF SERVICE

I certify that on this 31st day of May 2011, a copy of the foregoing **Stipulation Extending Time to Answer** was filed via electronic mail with the Court.  A copy of this filing was also served via electronic mail upon Plaintiff's counsel below.

>Craig Thor Kimmel, Esq. (57100)
>Kimmel & Silverman, P.C.
>30 E. Butler Place
>Ambler, PA 19002
>Telephone No.: (215)540-8888
>Facsimile No.: (877) 788-2864
>kimmel@creditlaw.com
>Attorney for Plaintiff

>/s/ Ross S. Enders
>Ross S. Enders, Esq.
>Attorney for Defendant
>NCO Financial Systems, Inc.