# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIRK ENNIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)  **Case No.: 2:11-cv-1989-AB**<br>)<br>)<br>)<br>)<br>) |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

| | |
|---|---|
| /S/ Ross S. Enders | /S/ Tara L. Patterson |
| Ross S. Enders, Esquire | Tara L. Patterson, Esquire |
| Attorney ID: 89840 | Attorney ID: 88343 |
| Attorney for Defendant, | Attorney for the Plaintiff |
| | |
| Date: August 10, 2011 | Date: August 10, 2011 |

BY THE COURT:

_____ J.